146

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALLISON HOFFMAN (Impleaded), Defendant-Appellant.

(No. 55672; 

First District—August 10, 1972.

Opinion by Mr. JUSTICE McNAMARA.

Gerald W. Getty, Public Defender, of Chicago, (Harold A. Cowen, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Terence J. Mahoney, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* DELIA JONES, Petitioner-Appellant.

(No. 56637; 

First District—August 10, 1972.